IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LELAND JAMES DODD, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-16-795-R |
| TRACY MCCOLLUM, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered October 31, 2016. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Respondent's Motion to Dismiss is DENIED.

IT IS SO ORDERED this 18th day of November, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE